In the Matter of the Application of CARRIE E. POUNDS and MINNIE F. THURSBY, Respondents, for a Certiorari Order against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, etc., and J. P. C. REALTY CORPORATION, Appellants.*— Order sustaining certiorari order and reversing determination of the board of standards and appeals affirmed, with ten dollars costs and disburse-

* Affd., 248 N. Y. 591.

ments. No opinion. Lazansky, P. J., Rich and Hagarty, JJ., concur; Seeger and Carswell, JJ., dissent. [129 Misc. 676.]